UNITED STATES BANKRUPTCY COURT
District of CO**Denver

IN RE:  CASE NO: 11-33087-EEB
CHAPTER 13

Gerald Woolwine
Eileen K. Woolwine

### NOTICE OF CHANGE OF ADDRESS

EDUCATIONAL CREDIT MANAGEMENT CORPORATION (ECMC), an authorized agent of College Assist hereby gives notice that all presently held or future payments and correspondences to the creditor, for claim number 3 should be sent to the following address:

OLD ADDRESSES:

Nelnet on behalf of College Access Network
3015 S. Parker Rd, Ste. 400
Aurora, CO 80014-2904

Nelnet on behalf of College Access Network
1560 Broadway Ste. 1700
Denver, CO 80204

NEW ADDRESS:

Please send all PAYMENTS & CORRESPONDENCE to:
College Assist
PO Box 16358
St. Paul, MN 55116

Educational Credit Management Corporation

By: _/s/ Xiong, Nu        Date: 1/5/2016
Nu Xiong, Bankruptcy Processor
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408
Ph: 651-243-9093